# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN D. OLIVE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JANELLE REYNOSO, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-0790 DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>**FOURTEEN-DAY DEADLINE** |

  Plaintiff Damien D. Olive, ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on May 26, 2015. He consented to the jurisdiction of the Magistrate Judge on June 8, 2015.

  On April 20, 2016, the Court screened the complaint and found it failed to state a cognizable claim for relief. Plaintiff was directed to file an amended complaint within thirty days. Over thirty days have passed and Plaintiff has failed to comply. Plaintiff was advised that failure to comply would result in dismissal of the action with prejudice for failure to state a claim.

  Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed with prejudice for failure to state a claim. Plaintiff shall file a response to this order within fourteen (14) days of the date of service.

1 <u>Failure to show cause, or failure to respond to this order, will result in dismissal of this action with prejudice.</u>

IT IS SO ORDERED.

    Dated: __**June 1, 2016**__            __/s/ **Sandra M. Snyder**__
                                                                  UNITED STATES MAGISTRATE JUDGE