# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN D. OLIVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JANELLE REYNOSO, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-0790 DLB PC<br><br>ORDER DISMISSING COMPLAINT WITH PREJUDICE FOR FAILURE TO STATE A CLAIM FOR RELIEF |

　　Plaintiff Damien D. Olive, ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on May 26, 2015. He consented to the jurisdiction of the Magistrate Judge on June 8, 2015.

　　On April 20, 2016, the Court screened the complaint and found it failed to state a cognizable claim for relief. Plaintiff was directed to file an amended complaint within thirty days. Over thirty days passed and Plaintiff failed to comply. Plaintiff was advised that failure to comply would result in dismissal of the action with prejudice for failure to state a claim. On June 2, 2016, Plaintiff was ordered to show cause why the action should not be dismissed for failure to state a claim. Plaintiff was granted fourteen days to comply. Over fourteen days have passed and Plaintiff has failed to comply or respond in any manner. Plaintiff was advised that "[f]ailure to show cause, or failure to respond to this order, will result in dismissal of this action with prejudice."

1 | Accordingly, IT IS HEREBY ORDERED that the complaint is DISMISSED WITH
2 | PREJUDICE for failure to state a claim.
3 | <u>This terminates this action in its entirety</u>.
4 |
5 | IT IS SO ORDERED.
6 | Dated:  **June 24, 2016**                                      /s/ *Dennis L. Beck*
7 |                                                                              UNITED STATES MAGISTRATE JUDGE